PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Canisha Denise Alred</u>    Case Number: <u>3:12-00018-5</u>

Name of Sentencing Judicial Officer: <u>Honorable Aleta A. Trauger, United States District Judge</u>

Date of Original Sentence: <u>March 20, 2013</u>

Original Offense: <u>18 U.S.C. § 1343 and 2 Wire Fraud; 18 U.S.C. § 1344 and 2 Bank Fruad</u>

Original Sentence: <u>24 months' custody followed by three years' supervised release</u>

Type of Supervision: <u>Supervised release</u>    Date Supervision Commenced: <u>December 18, 2013</u>

Assistant U.S. Attorney: <u>Sandra Moses</u>    Defense Attorney: <u>David Heroux</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 13th day of Jan., 2014, and made a part of the records in the above case.

Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Kimberly Haney
U.S. Probation Officer

Place    Nashville, Tennessee

Date    January 13, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **The defendant shall not commit another federal, state, or local crime.**

On January 8, 2014, Canisha Alred received a misdemeanor citation for Driving on a Suspended License in Nashville, Davidson County, Tennessee. She is scheduled to be booked on February 3, 2014.

According to the misdemeanor citation, on January 8, 2014, Ms. Alred was stopped by a police officer with the Metropolitan Nashville Police Department for failing to come to a complete stop prior to making a right turn on red. Upon contact with Ms. Alred, she gave the police officer an identification card only. A computer check of Ms. Alred's driving record revealed that her driver's license is suspended.

### Compliance with Supervision Conditions and Prior Interventions:

Canisha Denise Alred started her term of supervised release on December 18, 2013. Her term of supervision expires on December 17, 2016. She is unemployed.

On January 9, 2004, Ms. Alred left the probation officer a voicemail requesting a return phone call. When the probation officer contact Ms. Alred, she advised that she went to pick up her children from their cousin's house and was pulled over by the police. She stated there was no one else available to pick them up.

Ms. Alred was instructed not to drive again until she has obtained a valid driver's license. She was also advised the Court will be notified of this violation.

### U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no additional action be taken by the Court.

It is recommended Ms. Alred continue on supervised release with increased monitoring by the probation officer. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation

Approved: _____  
Britton Shelton  
Supervisory U.S. Probation Officer